UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| **JILLIAN NICHOLS,**<br><br>     Plaintiff,<br><br>vs.<br><br>**PERFORMANT RECOVERY, INC.; and DOES 1 through 10, inclusive,**<br><br>     Defendant. | **Case No.: 13-1984-JMC**<br><br>**NOTICE OF SETTLEMENT** |

Plaintiff, JILLIAN NICHOLS, by and though her attorney, informs this Honorable Court that Plaintiff has settled her case with Defendant, PERFORMANT RECOVERY, INC.; and DOES 1 through 10, inclusive. The parties are in the process of finalizing settlement, and Plaintiff anticipates the settlement will be finalized in 40 days.  Plaintiff respectfully requests that this Honorable Court vacate all dates currently set on calendar for this case.

DATED: August 13, 2013

 RESPECTFULLY SUBMITTED,
 By: /s/ Chauntel Bland
 Chauntel Bland, Esq.
 463 Regency Park Drive
 Columbia SC 29210
 Phone: (803) 319-6262
 Fax: (866) 322-6815
 chauntel.bland@yahoo.com
 *Attorneys for Plaintiff, Jillian Nichols*

1